United States District Court
In the State of Wisconsin
517 E Wisconsin Ave, Milwaukee, WI 53202



U.S. District Court
Wisconsin Eastern

JUN 12 2026

FILED
Clerk of Court

Eric D. Gant, 10593 w Jefferson Ave,
River Rouge MI, 48218 ste 207, plaintiff

v.

Robert J. Jonker, Defendant
110 Michigan St NW, Grand Rapids, MI 49503

&

James Lamb, Defendant
110 Michigan St NW, Grand Rapids, MI 49503

Or po box 208, grand rapids mi, 495901

Hon.

Case no.

**26 -C- 1 0 6 2**

---

### **Complaint**

Now comes Eric D. Gant , known as King Eric the 1st, and states the following;

1.  I do come to this court as I feel much more confident seeing it's involvement in a recent court case against a Judge, ergo government officials.

2.  On 06/07/2026, myself Eric D. Gant known as King Eric the 1st received an order dismissing a bankruptcy case, with a case number of 1:26-cv-01161. This case was filed in a District Court of the Western District of Michigan before Judge Ribert J. Jonkers.

3.  The Judge recited a mediocre reasoning to dismissed the case based on the outdated and old timey grounds of sovereign immunity. Gant did in fact recite 11 usc 106 which bars sovereign immunity as he was suing a bankruptcy court for such a failure to adhere to the laws of the land.

4.  The defendant's attorney in this case recited an old timey grounds of sovereign immunity which was a slavery tactic to manipulate slaves, no actual law states sovereign immunity and it's out dated.

5.  I now sue the judge and the attorney for a violation of the King's law, and a simple slander lawsuit.

6. The Defendants did in fact make it seem as if Gant recited a frivolous claim, that's defamation already. Any statement that ruins the character of another is slander, especially if a false statement.

7. In New York Times Co. v. Sullivan, 376 U.S. 254 (1964), To sustain a claim of defamation or libel, the First Amendment requires that the plaintiff show that the defendant knew that a statement was false or was reckless in deciding to publish the information without investigating whether it was accurate.

8. The defendants did in fact state that Gant did not overcome a burden of sovereign immunity, despite 11 usc 106 bars sovereign immunity based on cases derived from it. Based on how the judges opinion, which can be retrieved off the case number , was meek and or superfluous or even brief, he has no real opinion besides government helping one another which in return got them both sued here today. I believe defamation is established of they have no real argument to refute my original claim but yet ruled it inaccurate it implied that it was based on the way it was treated. The judge went on to rant about how 11 usc 106 was an inaccurate citation, but case law of United States v Miller, 604 u.s 528(2025) in which he recites demonstrates that 11 usc 106 does not specifically state any action may be taken under such law, the supreme Court in Miller clearly construed such law to mean any case derived from such episodes such as that law not imposed is suable and waives sovereign immunity. Such a moron like construction of the details is defamatory no doubt because it's lacks disregard of the true facts and true construction of the law, it's just an absolute rant of nothingness. It makes Gant appear to be intelligent which is not good for his King of the planet status.

9. I also sue under the King's law, the grounds are derived from;

10. The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid. Therefore I had the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy.

11. Co. v. DEPT. OF AG. DIRECTOR
377 Mich. 71 (1966) 138 N.W.2d 767
"The Constitution guarantees to citizens the general right to engage in any business which does not harm the public"

12. Therefore, the right to establish an office is established . Of the old law,the constitution of Michigan 1963, Common law and statutes, continuance. Sec. 7.   The common law and the statute laws now in force, not repugnant to this constitution, shall remain in force until they expire by their own limitations, or are changed, amended or repealed.

13. My law is enforce with me, then I abolished the old law. It's that simple. In addition the constitutions repeatedly state the political power is inherent in the people. Therefore if, political means government, and inherent means belongs to……the government power belongs to the people, the people may create there own government or act as government, same difference since government indicates to be in control. Gant may become the King.

14. Under Merriam Webster, repealed means abolished and abolished means declared void. Of the United Nations Covenant of political and civil rights; Article 1. 1. All peoples have the right of self-determination. By virtue of
that right they freely determine their political status and freely pursue their economic, social and cultural development. Political means government under Merriam Webster,....so I determine my government status as the King of the world.

15. Any law that you intend to invoke that you believe grants you the right to act judicially or to disagree with me simply is abolished and no longer valid. The only judicial rights you have are the rights under the King's law, which are similar to the old laws, only the King is the final decision maker, you may only ask to disagree with me. I am the rightful King of the world. At this point we now refer to the King's law;

Rule #512

The King may sue for a violation of the King's law.

We see the King may sue for a violation of the King's law. Of more law written by the King….From the Proclamation of torts against Euphorians…. Euphorian means citizen not opposing the King,

16. A tort of slander is established when an individual(s) communicate things that are perceived as negative, derogatory or defamatory, by reasonable people, and the communicator was not acting for the protection of themselves or others. Communicating negative things regarding the King is always slander of the King.

17. We see the Defendant did in fact communicate something negative….. "the King is inaccurate somehow".....a tort of slander , in regards to the King, is established.

18. I now sue for $1,000,000 from each defendant for slander under traditional law, and slander ubder the King's law, as well as for a violation for both of the following laws;

Rule #716

(1) A person is also guilty of Insubordination to the King when the King requests something of a person and such person refuses to satisfy such requests, and such person who the King requested to satisfy such request, rather directly or indirectly, had the power to do so, rather directly or indirectly.

(2) Just cause or excuse is a defense to a violation of this law.

Rule #717

(1) To not declare the King the winner of any court procedure is also conspiracy against the King.

16. These suits here, although a sun certain, shall constitute a fine be imposed as well. Foe I can not allow the enemy to continue a deprivation of rights. I have enacted the King's law to combat such behaviors, the enemy may wear the same uniform as our officers, may speak the language of our priest, or even have the same DNA as you and I, but ones who refuse to impose the rights of this world are hereby abolished. This document is the certified impeachment of both officers being sued as well. I ask the court to mandate they no longer participate in office thus further, as I will settle the whole case for a simple disbarment of the two. They serve Euphoria no purpose.

17. This Court does have Jurisdiction, rather through the King's law permission for all courts to hear any case they feel qualified to hear, or they have Jurisdiction in 28 usc 1331, The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. We see this claim does arise under the laws of the United States, as the treaty known as the United Nations charter is a law (of) the United States, a law related to or technically signed into law by, created by the United States. As both parties exist as United States Residents, that alone is grounds for Jurisdiction.

18. I do attest that any law intended to be utilized in order to refute me is abolished pursuant to the King's law, even a law that grants judges the right to apply case law, that law is abolished and the only lawful channel to act judicially is through the King's law. Basing a decision on laws not written by the King could be a crime and or crime against the King.

/s/ Eric D. Gant.                                             Date:06/07/2026